IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DUANE R. SPRING,

    **Plaintiff,**

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                                         NO. 13-cv-236-DRH-CJP

<u>**JUDGMENT IN A CIVIL CASE**</u>

    **DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered by Chief Judge David R. Herndon on July 8, 2013, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).  Judgment is entered in favor of plaintiff, Duane R. Spring and against defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

    **DATED:  July 8, 2013**

                                                     NANCY J. ROSENSTENGEL
                                                     CLERK OF COURT

                                                  BY:    *Sara Jennings*
                                                                **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2013.07.08 16:15:57 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT